1

2

3

4

5

6                  UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF WASHINGTON

7                          AT TACOMA

8 RONALD SORENSON,                  CASE NO. 3:16-CV-05227-BHS-JRC

9             Petitioner,           ORDER GRANTING APPLICATION
                               TO PROCEED *IN FORMA PAUPERIS*

10    v.

11 RICHARD L MORGAN,

12            Respondent.

13

14        This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an

15 application seeking leave to proceed with this action *in forma pauperis*.  Petitioner's application

16 demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed

17 *in forma pauperis* (Dkt. 1) is therefore GRANTED.  The Clerk is directed to file petitioner's

18 petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed

19 to send a copy of this Order to petitioner.

20        Dated this 28th day of March, 2016.

21

22                                J. Richard Creatura
                               United States Magistrate Judge

23

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1