UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD SORENSON,

          Petitioner,

v.

MARGARET GILBERT,

          Respondent.

CASE NO. 3:16-CV-05227-BHS-JRC

ORDER GRANTING PETITIONER'S MOTION TO STAY

      The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner seeks relief from a state conviction. The petition is filed pursuant to 28 U.S.C. § 2254.

      Petitioner has filed a motion to stay his habeas corpus petition and hold it in abeyance pending a ruling by the Washington State Court of Appeals on a personal restraint petition that he filed. Dkts. 9, 9-1. Petitioner also states that if the Washington State Court of Appeals affirms or denies review, he will seek review before the Washington State Supreme Court. *Id.* Respondent did not file a response to petitioner's motion. *See* Dkt.

      A district court may stay a petition if: (1) petitioner has "good cause" for failure to exhaust the claims in state court; (2) the unexhausted claims are potentially meritorious; and (3)

there is no indication that petitioner intentionally engaged in dilatory litigation tactics. *Rhines v. Weber*, 544 U.S. 269, 278 (2005).

After reviewing the motion and the record, the Court grants the motion to stay this petition and hold it in abeyance. The matter is stayed until November 2, 2016. Petitioner will file a report and, if needed, a motion to extend the stay on or before October 19, 2016 - 14 days before the stay ends. Petitioner will inform the Court of the status of the state proceedings. The report will include the state court cause number. Should the state court dismiss the petition or terminate review, petitioner will inform the Court and file a motion to lift the stay within 30 days of the state court's action. Petitioner's failure to file a proper report or inform the Court of the termination of state review may result in the Court issuing a report and recommendation that this petition be dismissed.

Dated this 2nd day of May, 2016.

_____
J. Richard Creatura
United States Magistrate Judge