UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RONALD SORENSON,

          Petitioner,

v.

RICHARD L. MORGAN,

          Respondent.

CASE NO. 3:16-cv-05227-BHS-JRC

ORDER GRANTING MOTION
FOR EXTENSION

    The District Court has referred this petition for a writ of habeas corpus to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4. Petitioner Ronald Sorenson filed the petition pursuant to 28 U.S.C. § 2254.

    Before the Court is petitioner's sixth motion for extension asking the Court to continue the stay in this action. Dkt. 26. Petitioner notes that his case is now pending in the Washington Supreme Court awaiting review. *Id*. Respondent confirms that petitioner's case has been submitted to the Washington Supreme Court Commissioner. Dkt. 27. Petitioner requests the stay

be extended to December 31, 2018. Dkt. 26. Respondent does not oppose the motion, and affirms that he will provide an update if the Washington courts dispose of petitioner's claims before that date.

The Court grants petitioner's motion to extend the stay (Dkt. 26) until December 31, 2018. As he has reliably done in the past, petitioner must again file a status report and, if necessary, a motion to extend the stay on or before that date or the stay will expire. Petitioner's report should include the state court cause number and current status of his state proceedings. Petitioner's failure to file a proper report may result in the Court issuing a report and recommendation that his petition be dismissed without prejudice for failure to comply with a Court order.

The Clerk is directed to note the December, 31, 2018 due date on the docket for this case.

Dated this 21st day of June, 2018.

J. Richard Creatura
United States Magistrate Judge