# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

RONALD SORENSEN,

  Petitioner,

  v.

MARGARET GILBERT,

  Respondent.

CASE NO. 3:16-CV-05227-BHS-JRC

ORDER TO EXPAND THE RECORD

The District Court has referred this petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, to United States Magistrate Judge J. Richard Creatura. The District Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR3 and MJR4.

Petitioner was convicted of nine counts of child molestation and seeks relief from those state court convictions. Dkt. 4. Respondent argues that this petition be dismissed with prejudice as untimely and that petitioner is not entitled to equitable tolling. Dkt. 33 (answer), 40 (supplemental answer).

In his traverse, petitioner argues that actual innocence should excuse him from his untimely petition. Dkt. 36. Petitioner contends that he has met the actual innocence standard by offering previously unavailable evidence demonstrating that he purchased his family home in

2006, which contradicts one of the victim's testimony about her age at the time of the sexual contact. Dkt. 36. Petitioner's actual innocence claim is based on the evidence presented at trial, including the testimony of one the victims. Dkt. 36. However, the trial court transcript is not included in the state court record. *See* Dkt. 34. Respondent did not address petitioner's actual innocence claim in the answer or supplemental answer. *See* Dkt. 33, 40.

Under Rule 5(c) of the Rules Governing Section 2254 and 2255 Proceedings, the answer must:

> [I]ndicate what transcripts (of pretrial, trial, sentencing, or post-conviction proceedings) are available, when they can be furnished, and what proceedings have been recorded but not transcribed. The respondent must attach to the answer parts of the transcript that the respondent considers relevant. The judge may order that the respondent furnish other parts of existing transcripts or that parts of untranscribed recordings be transcribed and furnished. If a transcript cannot be obtained, the respondent may submit a narrative summary of the evidence.

28 U.S.C. § 2254, Rule 5.

Accordingly, the Court orders respondent to expand the state court record with the trial transcript. *Id.* If the trial transcript cannot be obtained, respondent may submit a narrative summary of the evidence. *See id.* Respondent may file a second supplemental answer with up to seven pages of additional briefing addressing petitioner's actual innocence claim.

Respondent shall file the additional state court documents by May 17, 2019. Respondent's second supplemental answer will be due on or before May 24, 2019. Petitioner may file and serve a reply no later than May 31, 2019.

1     The Clerk's office is directed to re-note this petition for consideration on May 31, 2019.

2     Dated this 2nd day of May, 2019.

                                     *J. Richard Creatura*
                                     United States Magistrate Judge